No. 966. DICKEY *v.* RAISIN PRORATION ZONE No. 1 ET AL. May 7, 1945. 324 U. S. 869.

No. 1065. OIL WORKERS INTERNATIONAL UNION, LOCAL 463, ET AL. *v.* TEXOMA NATURAL GAS CO. May 7, 1945. 324 U. S. 872.

No. —. EX PARTE BRYAN SCHWAB. May 21, 1945. The second petition for rehearing is denied. 324 U. S. 891.

No. 177. LEDBETTER, ADMINISTRATOR, ET AL. *v.* FARMERS BANK & TRUST CO. ET AL. See *ante,* p. 837.

No. —. EX PARTE NOEL GAINES. May 21, 1945. 324 U. S. 831.

No. —. NOBLE ET AL. *v.* BOTKIN. May 21, 1945. 323 U. S. 680.

No. 24. HERB *v.* PITCAIRN ET AL., RECEIVERS FOR WABASH RAILWAY CO. May 21, 1945. *Ante,* p. 77.

No. 25. BELCHER *v.* LOUISVILLE & NASHVILLE RAILROAD CO. May 21, 1945. *Ante,* p. 77.

No. 377. PRECISION INSTRUMENT MANUFACTURING CO. ET AL. *v.* AUTOMOTIVE MAINTENANCE MACHINERY CO. May 21, 1945. 324 U. S. 806.

No. 445. BROOKLYN SAVINGS BANK *v.* O'NEIL. May 21, 1945. 324 U. S. 697.